AO 451 (Rev. 2/87) Certification of Judgment

# United States District Court

**FILED MAR 11 2014**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Central Division for the District of Utah

Brockbank

v.

Norris et al

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

1:14-mc-0014 BAM

Case Number: 2:12-cv-00525-DAK

I, D. Mark Jones, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 10/02/2013, as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on February 20, 2014.

D. Mark Jones
*Clerk*

_____
(By) Deputy Clerk

Jason D. Haymore 13236
Haymore Law PC
11564 Gold Dust Drive
South Jordan, UT 84095
(p)801-438-4808
(f)801-438-4809
JHaymore@Haymorelaw.com

I hereby certify that the annexed Is a true and correct copy of a document or an electronic docket entry on file at the United States District court for the District of Utah.
\# of pages 2
Date: 2/20/14
D. MARK JONES, Clerk
By: _____
Deputy Clerk

## UNITED STATES COURT DISTRICT OF UTAH
### CENTRAL DIVISION, STATE OF UTAH

| | |
|---|---|
| JEREMY BROCKBANK,<br>Plaintiff,<br><br>vs.<br><br>STEPHEN BIESINGER,<br>Defendant. | **JUDGMENT AND ORDER AGAINST DEFENDANT STEPHEN BIESINGER**<br><br>Case No.: 2:12-CV-00525-DAK<br><br>Honorable Judge: Dale A. Kimball |

### DEFAULT JUDGMENT

The Defendant, Stephen Biesinger, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon motion of Plaintiff whereby sufficient evidence has been presented that Defendant is indebted to Plaintiff in the principal sum of $61,928.20 plus interest thereon; that Defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, AND DECREED, that Plaintiff Jeremy Brockbank, recover from the Defendant, Stephen Biesinger, the sum of $61,928.20, plus pre judgment interest on the amount of wages ($57,058.20) from November 28, 2009, at the current prime rate of 3.25% in the

amount of $7,262.91 and post judgment interest at the rate of .10%, which shall accrue from this date until judgment is fully paid.

DATED this 2nd day of October, 2013.

BY THE COURT

Judge Dale A. Kimball,
United States District Judge